UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY EARL MCGRAW, BOP Register No. 50417-380, | ) ) ) | |
| Petitioner | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:19-CV-48-G |
| WARDEN UNDERWOOD, | ) ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

August 5, 2020.

*(signed)* A. Joe Fish
A. JOE FISH
Senior United States District Judge